## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

| | |
|---|---|
| **ASHLEY GOODWIN** | ) |
| Plaintiff, | ) |
| | ) No. 5:18-CV-16-TBR |
| **v.** | ) |
| **HUHTAMAKI, INC.** | ) |
| Defendant. | ) |

## MOTION TO DISMISS AND FOR FEES AND COSTS

Defendant Huhtamaki, Inc., through counsel, hereby respectfully moves the Court to dismiss all claims made by Plaintiff Ashley Goodwin against Huhtamaki with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Huhtamaki further requests the Court make an award of reasonable fees and costs because Huhtamaki should not have had to defend against Plaintiff's First Amended Complaint.

In support of this Motion, Defendant relies on its attached Memorandum in Support.

This the 23d day of March, 2018.

Respectfully submitted,

*/s/ Jay Inman*
LaToi Mayo
lmayo@littler.com
Jay Inman
jinman@littler.com
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY 40507
Telephone: 859.317.7970
Facsimile: 859.422.6747
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    It is hereby certified that the foregoing has been filed via the electronic filing system on March 23, 2018. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

                                                                 */s/ Jay Inman*  
                                                                 Jay Inman