UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| ASHLEY GOODWIN,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>HUHTAMAKI, INC. and<br>CROWN SERVICES, INC.<br><br>*Defendants* | §<br>§<br>§ Civil Action No. 5:18-cv-16-TBR<br>§<br>§<br>§ **JURY TRIAL DEMANDED**<br>§<br>§<br>§ **COLLECTIVE ACTION**<br>§ **PURSUANT TO 29 U.S.C. § 216(b)**<br>§<br>§ **CLASS ACTION PURSUANT TO**<br>§ **FED. R. CIV. P. 23**<br>§ |

**NOTICE OF DISMISSAL OF ENTIRE ACTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice of dismissal without prejudice of her claims against all Defendants before any Defendant has filed an answer or motion for summary judgment.

Date: April 13, 2018                                     Respectfully submitted,

                                    By:    /s/ Trent R.Taylor
                                            Trent R. Taylor
                                            Robert E. DeRose (application *pro hac vice* forthcoming)
                                            **BARKAN MEIZLISH HANDELMAN**
                                            **GOODIN DEROSE WENTZ, LLP**
                                            250 E. Broad St., 10th Floor
                                            Columbus, Ohio 43215
                                            Telephone: (614) 221-4221
                                            Fax: (614) 744-2300
                                            Email: ttaylor@barkanmeizlish.com
                                            bderose@barkanmeizlish.com

*Local Counsel*

**ANDERSON2X, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander** (application *pro hac vice* forthcoming)
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (application *pro hac vice* forthcoming)
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

*Attorneys in Charge for Plaintiff and Putative Class Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice was service of this document by electronic means.

/s/ Trent R.Taylor
Trent R. Taylor